BELL FINANCE CO., INC. v. The S. C. DEPT. OF CONSUMER AFFAIRS.
(380 S. E. (2d) 172)

Supreme Court

May 17, 1989.

The court has issued the following Order on Petition for Writ of Certiorari in the above entitled matter:
Petition for Writ of Certiorari denied.